IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS CERVANTES-PRADO,**<br><br>           Petitioner,<br><br>  v.<br><br>**MATTHEW CATE, Warden,**<br><br>           Respondent. | Case No. C 12-2500 WHA (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer be extended 60 days to and including November 9, 2012. Petitioner's traverse, if any, shall be filed and served within 30 days of service of respondent's response

Dated: September 6, 2012

/s/ William Alsup
The Honorable William Alsup

[Proposed] Order (C 12-2500 WHA (PR))